# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wright, Elizabeth C. | U.S. District Court, District of Minnesota | 07/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building & US Courthouse
316 N Robert St
St Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | Faegre Daniels LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Faegre Daniels LLP Retirement Savings Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Self-employed attorney | $211,217.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | 3M Company - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wright, Elizabeth C. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Faegre Daniels LLP Capital Balance (cash) | | None | K | T | | | | | |
| 2. FBD Building Partnership LLP (rental property, Minneapolis, MN) | A | Rent | J | W | | | | | |
| 3. RiverSource Variable Universal Life 5 ES (H) | | | | | | | | | |
| 4. Riversource VP Mod Aggr Port Cl2 | | None | M | T | | | | | |
| 5. RiverSource Variable Universal Life Insurance IV (H) | | | | | | | | | |
| 6. Riversource VP Mod Aggr Port Cl4 | | None | L | T | | | | | |
| 7. 401k Acct #1 (H) | | | | | | | | | |
| 8. Charles Schwab/Faegre Baker Daniels Cash Balance Pension Plan (cash) | A | Interest | K | T | | | | | |
| 9. Baron Small Cap Instl (BSFIX) | B | Dividend | J | T | | | | | |
| 10. American Funds Europacific Growth R6 (RERGX) | D | Dividend | L | T | | | | | |
| 11. DFA Global Real Estate Securities Port (DFGEX) | A | Dividend | J | T | | | | | |
| 12. Metropolitan West Total Return Bd Plan (MWTSX) | C | Dividend | M | T | | | | | |
| 13. PIMCO High Yield Instl (PHIYX) | C | Dividend | L | T | | | | | |
| 14. 401k Acct #2 (H) | | | | | | | | | |
| 15. State Street Intermediate-Term Bond Fund | D | Dividend | M | T | | | | | |
| 16. State Street Long Term Bond Index Fund | B | Dividend | K | T | | | | | |
| 17. State Street S&P 500 Stock Index Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Street Small and Mid Cap Stock Index Fund | C | Dividend | L | T | | | | | |
| 19. State Street International Stock Index Fund | D | Dividend | M | T | | | | | |
| 20. 3M Stock | C | Dividend | M | T | | | | | |
| 21. IRA #1 (H) | | | | | | | | | |
| 22. 3M Company Stock (MMM) | B | Dividend | L | T | | | | | |
| 23. 3M Company Stock Option Plan | | None | L | T | | | | | |
| 24. IRA #2 (H) | | | | | | | | | |
| 25. Ameriprise Insured Money Mkt (AIMMA) (cash) | A | Interest | J | T | | | | | |
| 26. Goldman Sachs Emerg Mkts Eq Insights Inv Cl (GIRPX) | A | Dividend | K | T | | | | | |
| 27. Janus Henderson Enterprise Cl I (JMGRX) | B | Dividend | K | T | | | | | |
| 28. JPMorgan Intrepid Val Cl I (JPIVX) | A | Dividend | J | T | | | | | |
| 29. Oppenheimer Steelpath MLP Alpha Plus Cl A (MLPLX) | B | Dividend | K | T | | | | | |
| 30. Virtus Kar Small Cap Sustainable Growth Cl I (PXSGX) | A | Dividend | J | T | | | | | |
| 31. Invesco FTSE RAFI US 1500 Sm Mid ETF (PRFZ) | A | Dividend | K | T | | | | | |
| 32. Wisdomtree Mid Cap Div ETF (DON) | A | Dividend | K | T | | | | | |
| 33. IRA #3 (H) | | | | | | | | | |
| 34. IShares MSCI Australia (EWA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares MSCI Canada (EWC) | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 36. IShares MSCI France (EWQ) | A | Dividend | J | T | | | | | |
| 37. IShares Core S&P 500 (IVV) | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | |
| 38. | | | | | Sold (part) | 10/26/18 | J | | |
| 39. | | | | | Sold (part) | 12/06/18 | J | | |
| 40. | | | | | Sold (part) | 12/27/18 | J | | |
| 41. IShares Core US Aggregate Bond (AGG) | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |
| 42. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 43. IShares IBOXX High Yld Corp Bd (HYG) | A | Dividend | | | Sold | 11/09/18 | J | | |
| 44. IShares MSCI Singapore (EWS) | A | Dividend | | | Sold | 09/11/18 | J | | |
| 45. IShares MBS (MBB) | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 46. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 47. SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | K | T | Buy (add'l) | 10/17/18 | J | | |
| 48. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 50. | | | | | Sold (part) | 12/11/18 | J | | |
| 51. | | | | | Buy (add'l) | 12/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 53. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 54. Schwab US REIT (SCHH) | A | Dividend | | | Buy | 09/11/18 | J | | |
| 55. | | | | | Sold | 12/11/18 | J | | |
| 56. Sector Healthcare Select Sector SPDR (XLV) | A | Dividend | J | T | Sold | 09/11/18 | J | | |
| 57. | | | | | Buy | 12/11/18 | J | | |
| 58. Consumer Discretionary Select Sect SPDR | A | Dividend | J | T | | | | | |
| 59. Sector Materials Sel Sect SPDR (XLB) | A | Dividend | | | Buy | 09/11/18 | J | | |
| 60. | | | | | Sold | 10/09/18 | J | | |
| 61. Sector Energy Select Sect SPDR (XLE) | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 62. Sector Industrial Sel Sect SPDR (XLI) | A | Dividend | | | Sold (part) | 11/09/18 | J | | |
| 63. | | | | | Sold | 12/11/18 | J | | |
| 64. Vanguard Financials (VFH) | A | Dividend | | | Buy | 10/09/18 | J | | |
| 65. | | | | | Sold | 11/09/18 | J | | |
| 66. Vanguard Information Technology (VGT) | A | Dividend | J | T | | | | | |
| 67. Vanguard FTSE All World Ex US (VEU) | A | Dividend | J | T | Sold (part) | 12/13/18 | J | | |
| 68. | | | | | Buy (add'l) | 12/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Intermed Term Treas Idx (VGIT) | A | Dividend | J | T | Buy (add'l) | 11/09/18 | J | | |
| 70. Vanguard Long Term Treas (VGLT) | A | Dividend | J | T | | | | | |
| 71. Barclays Bank PLC IPath Bloom Comm Indx Tot Retn (DJP) | | None | J | T | | | | | |
| 72. IRA #4 (H) | | | | | | | | | |
| 73. Oppenheimer Active Alloc A (OAAAX) | A | Dividend | J | T | | | | | |
| 74. IRA #5 (H) | | | | | | | | | |
| 75. Columbia Income Builder Cl C (RBBCX) | A | Dividend | J | T | | | | | |
| 76. IRA #6 (H) | | | | | | | | | |
| 77. Hines Global Reit (HNGL) | C | Dividend | K | T | | | | | |
| 78. BROKERAGE #1 (H) | | | | | | | | | |
| 79. Alger Cap Apprec Z (ACAZX) | D | Dividend | L | T | | | | | |
| 80. Columbia Minnesota Tax Exempt Z (CMNZX) | A | Dividend | J | T | Sold | 12/11/18 | J | | |
| 81. | | | | | Buy | 12/18/18 | K | | |
| 82. Goldman Sachs Mgd Fut Strat Inv (GFIRX) | A | Dividend | K | T | | | | | |
| 83. Ivy Intl Core Equity I (ICEIX) | B | Dividend | | | Sold | 12/11/18 | K | | |
| 84. Mainstay Mackay High Yield Mun Bond Cl I (MMHIX) | A | Dividend | K | T | | | | | |
| 85. Oppenheimer Steelpath MLP Inc A (MLPDX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wright, Elizabeth C. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Delaware Minnesota High Yield Mun Bond Instl Cl (DMHIX) | A | Dividend | K | T | | | | | |
| 87. IShares Intl Select Dividend (IDV) | A | Dividend | K | T | Buy (add'l) | 12/11/18 | K | | |
| 88. IShares Edge MSCI Min Vol (USMV) | | None | K | T | Buy | 12/18/18 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Elizabeth C. | 07/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: Holdings within this plan are reported in Part VII.

Part VII, line 1: The firm's capital funds are held at Wells Fargo.

Part VII, line 2: Reporting is based upon the filer's pro rata share.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 11, 27-29, 32, 34, 40, 41, 45-48, 51, 54, 56-64, 67, 72, 74, 77, 79-81, 84, 91-95, 98, 103, 104, 106, and 111-114 of the initial report are not reportable in 2018; there are not corresponding reportable transactions during this reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth C. Wright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544